TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00140-CV

Langston Williams, Appellant

v.

McKinley Heights Church of God in Christ, an Unincorporated Association, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. GN000238, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Because Langston Williams has neither paid for nor made arrangements to pay for
the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on February 24, 2000. 
By letter dated March 23, 2000, the Clerk of this Court notified the district clerk's office of
Travis County that the clerk's record was overdue. Notice was received from the district clerk's
office on April 7, 2000, that the clerk's record had not been paid for, nor had arrangements for
payment been made.

 By letter dated April 13, 2000, appellant was requested to submit a status report
regarding this matter by April 28, 2000, and that failure to respond to this request would result
in this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond
to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish